DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANDRO H. RODRIGUEZ DIAZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1138

[April 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Weiss, Judge; L.T. Case No. 50-2015-CF-005640-AXXX-MB.

Jonathan E. Jordan and Andrew F. Rier of Rier Jordan, P.A., Miami, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***